FILED
February 17, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002424505
2009-48764-MOTN-RIN 1

Michael Rinne - SBN 242579
RINNE LEGAL
1990 North California Blvd - 8th Floor
Walnut Creek, California 94596
(916) 588-5011
Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>SHAWN & NAOMI CHRISTIANSON<br><br><br>Debtors | Case No. 2010-21511<br>Chapter 7<br>Hearing Date: 03/03/2010<br>Hearing Time: 10:00 am<br>Courtroom: 34<br>The Honorable Robert S. Bardwill<br>Docket Control No.: RIN 2 |

## SECOND MOTION FOR ORDER COMPELLING ABANDONMENT OF THE ESTATE'S INTEREST IN DEBTORS' REAL ESTATE

Michael Rinne of Rinne Legal, on behalf of Shawn & Naomi Christianson, the Debtors herein, hereby moves this Court for an Order Compelling Abandonment of the Estate's interest in the Debtors' REAL ESTATE. This Motion is based on the following facts:

1. This case was commenced with the filing of a petition on January 22, 2010. Michael Kasolas was duly appointed to serve as Trustee.

2. As shown in the filed schedules of this case, the Debtors own real estate. Said real estate is located at 439 Blakemore Court, Fairfield, CA. This real estate is valued at $216,500.00 on Schedule A pursuant to both Debtor's belief and opinion and zillow.com, a website specializing in valuing real estate. As reflected on Schedule D, this real estate is subject to a First Mortgage in the amount of $337,733.00, held by OneWest Bank, and a Second Mortgage in the amount of $145,700.00, held by Wells

Fargo Bank. The schedules, as filed with the Court, are incorporated herein by reference.

3. Debtors have brought this motion as a courtesy to OneWest Bank and Wells Fargo in order to facilitate a proposed short sale agreement entered into pre-petition by Debtors, OneWest Bank, Wells Fargo and a third party whereby said third party would purchase 439 Blakemore Court, Fairfield, CA for $199,500.00 (the property's most recently appraised value).

4. The Debtors are aware that, under the provisions of Title 11, US Codes §725, only the Trustee has the authority to abandon the Debtors' assets; and then, only after notice and hearing.

5. The Debtors assert that, based on the lack of any unexempt equity in the real estate, there is no benefit to the estate in continued administration of this asset.

6. Federal Rule of Bankruptcy Procedure 6007(b) permits a party in interest, including the Debtors, to file a motion seeking to compel the Trustee to abandon property of the estate.

Wherefore, the Debtors move this Court to issue an Order Compelling the Trustee to Abandon the Estate's Interest in 439 Blakemore Court, Fairfield, CA.

## CERTIFICATION

I, Michael Rinne, hereby certify under penalty of perjury that I have read the foregoing Motion for Order Compelling Abandonment Of The Estate's Interest In Debtors' Real Estate. I further certify that the contents thereof are true and correct to the best of my knowledge and belief. Executed on February 17, 2010 at Walnut Creek, California.

/s/ Michael Rinne
Michael Rinne
Rinne Legal